United States Bankruptcy Court
Northern District of Ohio

In re:     Case No. 24-50855-amk
Keith William Latteri     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0647-5     User: bhemi     Page 1 of 2
Date Rcvd: Jul 12, 2024     Form ID: 191     Total Noticed: 7

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 27855138 | + | Redwood Living Inc, 7007 E Pleasant Valley Rd, Independence, OH 44131-5543 |
| 27855140 | + | Vivek Sharma, 4826 Westminster Lane, Broadview Heights, OH 44147-2065 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/PDF: keith@latteri.net | Jul 12 2024 20:25:00 | Keith William Latteri, 939 Marks Road, Apt G, Brunswick, OH 44212-6622 |
| 27873918 | | Email/PDF: bncnotices@becket-lee.com | Jul 12 2024 20:46:59 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 27855139 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 12 2024 20:46:55 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 27855137 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jul 12 2024 20:25:00 | Goldman Sachs Bank, Lockbox 6112, P.O. Box 7247, Philadelphia, PA 19170-0001 |
| 27855141 | + | Email/Text: bknotice@stillmanlaw.com | Jul 12 2024 20:26:00 | Stillman Law Office, 30057 Orchard Lake Road, Suite 200, Farmington Hills, MI 48334-2265 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Redwood Living, Inc. |
| 27872643 | | KeyBank N.A. 4910 Tiedeman Road Brooklyn, OH 44144 |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 14, 2024     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Keith Rucinski | efilings@ch13akron.com |
| Robert G Friedman | on behalf of Creditor Redwood Living  Inc. rfriedman@pfl-law.com, jcallam@pfl-law.com |

TOTAL: 2

Northern District Of Ohio
455 John F. Seiberling Federal Building
US Courthouse
2 South Main Street
Akron, OH 44308

**Case No. 24−50855−amk**

**In re:**
Keith William Latteri
939 Marks Road
Apt G
Brunswick, OH 44212

**Social Security No.:**
xxx−xx−7153

## NOTICE OF DISMISSAL OF CHAPTER 13 CASE

**To the Creditors and Parties in Interest:**

Notice is hereby given to all creditors and parties in interest that the petition filed pursuant to Chapter 13 of the Bankruptcy Code on May 24, 2024 was dismissed on July 12, 2024.

The automatic stay as provided in 11 U.S.C. § 362 (a) is therefore lifted, and creditors have a right to proceed against the debtor or the debtor(s) property according to applicable law.

**Dated:** July 12, 2024  For the Court
Form ohnb191  Josiah C. Sell, Clerk