Northern District Of Ohio
455 John F. Seiberling Federal Building
US Courthouse
2 South Main Street
Akron, OH 44308
**Case No. 24−50855−amk**

**In re:**
Keith William Latteri
939 Marks Road
Apt G
Brunswick, OH 44212

**Social Security No.:**
xxx−xx−7153

## FINAL DECREE

The Court, in reliance upon the certification of the case trustee, finds that the estate of the debtor(s) has been fully administered.

☐ The deposit required by the Plan has been distributed.

**It is therefore Ordered that:**

☑ Keith Rucinski is discharged as Trustee of the estate of the debtor and any bond required by 11 U.S.C. § 322 is cancelled.

☑ The Chapter 13 case of the debtor(s) is closed; and

☐ Other provisions as needed.

**Dated:** July 30, 2024       **BY THE COURT**
Form ohnb136       /s/ Alan M. Koschik
     United States Bankruptcy Judge